**Fill in this information to identify the case:**

Debtor name: Rifle RFB LLC

United States Bankruptcy Court for the: DISTRICT OF COLORADO

Case number (if known): 25-16687

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

### Part 1:  Summary of Assets

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*......................................................................................... $ 0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*....................................................................................... $ 46,618.22

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*......................................................................................... $ 46,618.22

### Part 2:  Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................. $ 4,522.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................................... $ 0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$ 925,149.62

4. **Total liabilities** ........................................................................................................................................ $ 929,671.62
    Lines 2 + 3a + 3b